# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM DOYLE, ) | |
| Plaintiff, ) | |
| vs. ) | CIVIL NO. 05-251-MJR |
| C/O PASQUINO, *et al.*, ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

Plaintiff has appealed the dismissal of this action, and now asks this Court to issue a "certificate of appealability" (Doc. 14).

> Unless a circuit justice of judge issues a certificate of appealability, an appeal may not be taken to the court of appeals from —
> (A) the final order in a habeas corpus proceeding in which the detention complained of arises out of process issued by a State court; or
> (B) the final order in a proceeding under section 2255.

28 U.S.C. § 2253(c)(1).

Plaintiff's civil rights action is neither a proceeding under section § 2255, nor is it a habeas corpus proceeding in which the detention complained of arises out of process issued by a state court. Consequently, no certificate of appealability is necessary for Plaintiff to perfect his appeal. FED.R.APP.P. 22(b); 28 U.S.C. § 2253(c). Accordingly, the motion is **DENIED** as **MOOT.**

**IT IS SO ORDERED.**

DATED this 20th day of March, 2006.

s/ Michael J. Reagan
**MICHAEL J. REAGAN**
**United States District Judge**